UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 6:08-cr-162-ORL-22KRS
 21 U.S.C. § 846
JAHROY ELIJAH SACKEY 21 U.S.C. § 841(a)(1)
JESSICA CINTRON 21 U.S.C. § 853 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date unknown to the Grand Jury and continuing through on or about March 20, 2008, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**JAHROY ELIJAH SACKEY**
**and**
**JESSICA CINTRON**

the defendants herein, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with each other and others, both known and unknown to the Grand Jury, to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, a controlled substance listed in Schedule II of Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of marijuana, a controlled substance listed in Schedule I of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), the object of the conspiracy was 500 or more grams of cocaine hydrochloride.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about March 20, 2008, in Orange County, Florida, in the Middle District of Florida,

**JAHROY ELIJAH SACKEY
and
JESSICA CINTRON**

the defendants herein, did knowingly, intentionally and unlawfully possess with intent to distribute a mixture and substance containing a detectable amount of cocaine hydrochloride, a controlled substance listed in Schedule II of Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of marijuana, a controlled substance listed in Schedule I of Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), the amount of cocaine hydrochloride the defendants possessed as charged herein was 500 or more grams.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii) and Title 18, United States Code, Section 2.

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Counts One and Two of this Indictment, said violations being punishable by imprisonment for more than one year, the defendants,

**JAHROY ELIJAH SACKEY
and
JESSICA CINTRON**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

  a. property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation; and

  b. property used and intended to be used in any manner or part to commit and to facilitate the commission of such violation;

3. If any of the property described above, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Vincent A. Citro
Assistant United States Attorney

By: _____
Roger B. Handberg III
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JAHROY ELIJAH SACKEY
JESSICA CINTRON

## INDICTMENT

Violations:

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of July, A.D. 2008.

_____
Clerk

Bail $ _____